UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL R. ADAMS,** | JUDGMENT IN A CIVIL CASE |
| **Plaintiff,** | |
| **v.** | |
| **WILLIAM EDWARD HASLAM, ET AL.** | CASE NO: 17-2024-STA-tmp |
| **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation entered on May 15, 2017, this cause is hereby DISMISSED.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/15/2017**

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk